UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ALIK SKRIPNIKOV** | **CIVIL ACTION NO. 25-1931** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Alik Skripnikov's first and second claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's third claim concerning his conditions of confinement and medical care is **DISMISSED WITH PREJUDICE** here but **WITHOUT PREJUDICE** to his right to raise the claim in a separate civil rights action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that to the extent Petitioner seeks release under *Zadvydas*, his claim is **DISMISSED WITHOUT PREJUDICE** to his right to re-file the claim should his confinement become unconstitutional.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's claim under the Administrative Procedure Act is **DISMISSED WITH PREJUDICE**.

THUS DONE in Chambers this 13th day of March, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE